AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

*Donnay A. Davis*

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-443

FILED

SEP 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __Donnay Davis_____, charged in a (complaint) (petition) pending in this District with _____

in violation of Title __18 U.S.C._____, U.S.C., __1344, 1349_____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

9-17-07
Date

_____
Counsel for Defendant