UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | Magistrate Case No.: 07-MJ-443 |
| | : | |
| **DONNAY A. DAVIS,** | : | VIOLATIONS:   18 U.S.C. § 1344 |
| | : | (Attempted Bank Fraud) |
| **Defendant.** | : | |

## INFORMATION

### COUNT 1: ATTEMPTED BANK FRAUD

On or about August 27, 2007, in the District of Columbia and elsewhere, Donnay A. Davis devised a scheme and artifice to defraud Chase Bank, a financial institution whose assets are insured by the Federal Deposit Insurance Corporation, and knowingly and intentionally attempted to fraudulently obtain moneys, funds, credits, assets, or other property owned by Chase Bank by means of false or fraudulent pretenses, representations, or promises.  (Attempted Bank Fraud, in violation of Title 18, U.S. Code, Section 1344).

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

By: _____
TEJPAL S. CHAWLA
Assistant United States Attorney
United States Attorneys Office
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 353-2442