FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number: 07-268-PLF |
| v. | Mag. Case Number: 07-MJ-443 |
| DONNAY A. DAVIS, | VIOLATION: 18 U.S.C. §1344 |
| Defendant. | (Attempted Bank Fraud) |

### STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant, Donnay A. Davis, under penalty of perjury, agrees and stipulates, to the following facts in connection with his plea of guilty to one count of 18 U.S.C. §1344 (Attempted Bank Fraud).

#### Background

At all times relevant to this offense the defendant, Donnay A. Davis ("Davis") was employed by the Washington, D.C. Metropolitan Police Department ("MPD") as a Patrol Officer for the Fifth Police District.

#### Theft of a Credit Card and Obtaining Electronic Pin Number by False Pretenses

Between 2:00 pm and 10:30 pm on August 27, 2007, DAVIS was working on duty as a Patrol Officer in the Fifth Police District with his partner. At approximately 4:30 pm, MPD dispatch requested officers to respond to the home of R.B.C., which is located in the Fifth Police District in the District of Columbia, to check on a house alarm that had been activated. DAVIS and his partner responded to the call to investigate the house alarm. DAVIS and his partner arrived on the scene and discovered no one at home. DAVIS and his partner obtained entry into R.B.C.'s home with its permission, who had a neighbor provide DAVIS and his partner an extra set of house keys to investigate the alarm. DAVIS and his partner separated and proceeded to

walk through R.B.C.'s home to check for intruders. While DAVIS was inside R.B.C.'s home, he saw an un-activated credit card issued to R.B.C. inside R.B.C.'s home. The credit card still had a plastic covering on which was printed a toll-free telephone number which could be called to activate the card. DAVIS took R.B.C.'s credit card without permission, and do so with the specific intent to use the card for his own purposes. R.B.C.'s credit card was issued by Chase Bank, which a financial institution which has assets insured by the Federal Deposit Insurance Corporation, and had a credit line of $6,000. Neither DAVIS nor his partner found any intruders or evidence of a break in, and then left the home. They reported to MPD dispatch that the call was likely a false alarm.

After obtaining R.B.C.'s credit card, DAVIS contacted Chase Bank from his personal cell phone and confirmed that R.B.C.'s credit card had approximately $6,000 of available credit. DAVIS attempted to activate R.B.C.'s credit card by calling the telephone activation number on the credit card, but DAVIS discovered he needed R.B.C.'s social security number and date of birth to activate the card and obtain a pin number to make cash advances on the card. DAVIS then contacted an officer at the Fifth Police District and requested that the officer run R.B.C.'s name for him in an electronic law enforcement database which is searchable by name and can provide a persons's social security number and date of birth. The law enforcement database is password protected and authorized for use only by law enforcement personnel who are engaged in legitimate law enforcement activities. DAVIS did not tell the officer why he wanted the information, and the officer obtained R.B.C.'s information and provided it to DAVIS. DAVIS then contacted R.B.C.'s credit card by phone, and established a unique electronic pin number for the stolen credit card using R.B.C.'s social security number and date of birth. DAVIS obtained

the pin number in order to attempt to obtain money from one or more ATM locations using R.B.C.'s stolen credit card.

## Attempts to use the Stolen Credit Card

While still on duty on August 27, 2007, DAVIS separated from his partner and attempted to obtain money from an ATM located at Union Station in the District of Columbia using R.B.C.'s stolen credit card and the electronic pin number he had established. DAVIS made two attempts at 6:37 pm and 6:38 pm to obtain money from R.B.C.'s credit card, the first for $802 and the second for $602. Neither attempt was successful. DAVIS again contacted Chase Bank to see if there was credit still available on R.B.C.'s credit card.

After leaving work on August 27, 2007, DAVIS again attempted to use R.B.C.'s credit card with the electronic pin number he had established to attempt to obtain money from an ATM located in District Heights, Maryland at approximately 11:13 pm. DAVIS drove to the location in his personal vehicle and was captured on video attempting to access the ATM. DAVIS attempted to obtain $302.50 from the ATM using R.B.C.'s credit card, but he was again unsuccessful. On or about August 28, 2007, DAVIS discarded R.B.C.'s credit card by throwing it out of his car.

Date: 10-10-07

DONNAY DAVIS
Defendant

I have read each of the three pages constituting this statement of offense and reviewed and discussed them with my client.

Date: 10-10-07

HAROLD MARTIN, ESQUIRE
Attorney for the Defendant