AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED
OCT 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

DONNAY A. DAVIS

WAIVER OF INDICTMENT

CASE NUMBER: 07-268 (PLF)

I, __Donnay A. Davis__, the above named defendant, who is accused of

18:1344 Attempted Bank Fraud

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/25/2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer