HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        : Docket No.: <u>07-CR-268</u>
                                :
        vs.                     : SSN:
                                :
DAVIS, Donnay A.                : Disclosure Date: <u>December 4, 2007</u>

**FILED**

JAN - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
  (✗)  There are no material/factual inaccuracies therein.
  ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                          _____12/6/07_____
Prosecuting Attorney                                              Date

### For the Defendant

(CHECK APPROPRIATE BOX)
  ( )  There are no material/factual inaccuracies therein.
  ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____     _____     _____
Defendant                           Date          Defense Counsel                     Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>December 18, 2007</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer