HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Donnay A. Davis                    Docket No.: 07-268-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Donnay A. Davis__ having been sentenced, on January 8, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __SCP, Williamsburg__, in __Williamsburg, SC__ by 2 p.m., on __March 13, 2008__.

FILED
MAR 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_3/11/08_
Date

_[signature]_
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_[signature]_
ATTORNEY/U.S. PROBATION OFFICER

x _[signature]_
DEFENDANT

Revised 6-2004